IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: * CASE NO 13-05565-MCF
*
EDWIN MALDONADO PACHECO *
* CHAPTER 13
DEBTOR *

## NOTICE OF FILING OF AMENDED SCHEDULE "E", AND AMENDED MASTER ADDRESS LIST

TO THE HONORABLE COURT:

**COMES NOW, EDWIN MALDONADO PACHECO** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor hereby respectfully requests to amend Schedule "E" _to include creditor IRS, taxes 2011 and 2012 for the amount of $718.00._

2. Attached to this motion debtor respectfully submits Amended Schedule "E" and an Amended Master Address List.

**WHEREFORE,** the debtor prays that this Honorable Court take knowledge of said amendment and provide accordingly.

### NOTICE

Within ten (10) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Edwin Maldonado Pacheco; to the creditor affected by the amendment: Internal Revenue Services, balance owed $718.00, postal address, Po Box 7346, Philadelphia, PA 19101-7346; and creditors and parties in interest as per the attached master address list.

**RESPECTFULLY SUBMITTED.** in San Juan, Puerto Rico, this 9th day of August, 2013.

/s/*RobertoFigueroaCarrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
Email: rfigueroa@prtc.net

B6 E (Official Form 6E) (04/13)

IN RE **MALDONADO PACHECO, EDWIN**
                    Debtor(s)

Case No. **3:13-bk-5565**
                    (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data

[ ] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[X] **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

[ ] **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

[X] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

[ ] **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE MALDONADO PACHECO, EDWIN
Debtor(s)

Case No. 3:13-bk-5565
(If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Domestic Support Obligations
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1148984<br>ASUME<br>PO BOX 11218<br>SAN JUAN, PR 00910-2318 | | | CHILD SUPPORT | | | | 966.00 | 966.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ 966.00 | $ 966.00 | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE MALDONADO PACHECO, EDWIN
Debtor(s)

Case No. 3:13-bk-5565
(If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx-xx-3892<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | | Tax 2011, 2012 | | | | 718.00 | 718.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ 718.00 | $ 718.00 | $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ 1,684.00

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ 1,684.00 | $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE MALDONADO PACHECO, EDWIN
Debtor(s)

Case No. **3:13-bk-5565**
(If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of \_\_\_\_ **22** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 8/9/13     Signature: _/s/ Edwin Maldonado Pacheco_
EDWIN MALDONADO PACHECO
Debtor

Date: _____    Signature: _____
(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of \_\_\_\_ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDWIN MALDONADO PACHECO

Debtor(s)

CASE NUMBER: 13-05565-MCF

CHAPTER 13

### DEBTOR'S VERIFICATION

I (We) declare under penalty of perjury that I (we) has (have) read the foregoing motion and that the same has also been explained to me (us), and that the averments therein contained are true and correct to the best of my (our) knowledge, information and belief. I, (We) also declare, under penalty of perjury that I (we) have read the foregoing amended **Schedule E**, consisting of ___**sheet(s)**, and that it is true and correct to the best of my(our) information, knowledge and belief.

In Caguas Puerto Rico this ___ day of _August_, 2013.

_____
EDWIN MALDONADO PACHECO

3

MALDONADO PACHECO, EDWIN
PO BOX 851
PMB 113
HUMACAO, PR 00792

CITIFINANCIAL
PO BOX 71587
SAN JUAN, PR 00936-8687

FIRST PREMIER BANK
PO BOX 5519
SIOUX FALLS, SD 57117-5519

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

CITIFINANCIAL
PO BOX 499
HANOVER, MD 21076

HUMANA INSURANCE DE PR
383 ROOSEVELT AVE 3RD FLOOR
TELEMUNDO BL
SAN JUAN, PR 00918

ALAN DEL CASTILLO
ROOSEVELT AVE 400 STE 410
SAN JUAN, PR 00918

CLARO
PO BOX 70366
SAN JUAN, PR 00936-8366

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ASUME
PO BOX 11218
SAN JUAN, PR 00910-2318

COLEGIO DE DELINEANTES DE PUERTO RICO
PO BOX 361519
SAN JUAN, PR 00936

LEONARD & ASSOCIATES PSC
PO BOX 366220
SAN JUAN, PR 00936-6220

AT&T
PO BOX 192830
SAN JUAN, PR 00919-2830

COLLECTION AND MANAGEMENT ASSISTANCE, IN
STE 1102
CAPITAL CENTER SOUTH TOWER 239 ARTERIAL
SAN JUAN, PR 00918-1477

MAZA & GREEN
PO BOX 364028
SAN JUAN, PR 00936-4028

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR 00936-8100

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140

MONARCH
RECOVERY MANAGEMENT, INC
10965 DECATUR ROAD
PHILADELPHIA, PA 19154

BANCO POPULAR DE PR-AUTO
PO BOX 70100
SAN JUAN, PR 00936-8100

DEPARTAMENTO DEL TRABAJO
NEGOCIADO SEGURIDAD DE EMPLEO
PO BOX 195540
SAN JUAN, PR 00919-5540

NATIONAL ACTION FINANCIAL SERVICES
PO BOX 9027
WILLIAMSVILLE, NY 14231-9027

BANK OF AMERICA
PO BOX 26012
GREENSBORO, NC 27420-6012

DPTO DE TRANSPORTACION Y OBRAS PUBLICAS
PO BOX 41269
SAN JUAN, PR 00940-1269

NCO FINANCIAL SYSTEMS
SPRINT
PO BOX 192478
HATO REY, PR 00919-2478

CDT HUMACAO
APT 178
HUMACAO, PR 00792

FIA CARD SERVICES
PO BOX 15019
WILMINGTON, DE 19886-5019

NCO PTM/19
507 PRUDENTIAL RD
HORSHAM, PA 19044

CENTENNIAL DE PR
PO BOX 71514
SAN JUAN, PR 00936-8614

FIRST BANK
PO BOX 19327
SAN JUAN, PR 00910-1427

OPERATING PARTNERS
BANCO BILBAO VIZCAYA ARGENTARIA
PO BOX 194499
SAN JUAN, PR 00919-4499

RODRIGUEZ FERNANDEZ LAW OFFICES
PSC
PO BOX 71418
SAN JUAN, PR 00936-8518


SCOTIABANK
PO BOX 362649
SAN JUAN, PR 00936-2649